IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPRT VENTURES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-595 (SLR) |
| | ) |
| EBAY INC., PAYPAL, INC., BILL ME LATER, INC., SHOPPING.COM, INC. and STUBHUB, INC., | ) ) ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION FOR ENTRY OF AN ORDER
REFLECTING THE STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), plaintiff XPRT Ventures, LLC and defendants eBay Inc., PayPal, Inc., Bill Me Later, Inc., Shopping.com, Inc. and StubHub, Inc., parties to this legal action, by and through their attorneys, hereby jointly move for an order approving their stipulation as follows:

1.  All claims are dismissed with prejudice.

2.  All counterclaims are dismissed without prejudice.

3.  Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal.

4.  The Court may enter an Order adopting this Stipulation of Dismissal and Proposed Order Thereon as the Order of the Court.

October 12, 2018

| | |
|---|---|
| HEYMAN ENERIO GATTUSO & HIRZEL LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Dominick T. Gattuso* | */s/ Jack B. Blumenfeld* |
| Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>(302) 472-7311<br>dgattuso@hegh.law | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

October 12, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPRT VENTURES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-595 (SLR) |
| | ) |
| EBAY INC., PAYPAL, INC., BILL ME LATER, INC., SHOPPING.COM, INC. and STUBHUB, INC., | ) |
| | ) |
| Defendants. | ) |

### [PROPOSED] ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), plaintiff XPRT Ventures, LLC and defendants eBay Inc., PayPal, Inc., Bill Me Later, Inc., Shopping.com, Inc. and StubHub, Inc., parties to this legal action, by and through their attorneys, jointly moved for an order approving their stipulation. After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

1. All claims against defendants eBay Inc., PayPal, Inc., Bill Me Later, Inc., Shopping.com, Inc. and StubHub, Inc. are dismissed with prejudice; and

2. All counterclaims against plaintiff XPRT Ventures, LLC. are dismissed without prejudice; and

3. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal.

SO ORDERED this _____ day of October, 2018.

_____
United States District Judge